CLERK_2, CLOSED

# U.S. District Court
## Northern District of Florida (Gainesville)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00247-SPM-AK
*Internal Use Only*

GUETTER v. MERCK &CO INC
Assigned to: JUDGE STEPHAN P MICKLE
Referred to: MAGISTRATE JUDGE ALLAN KORNBLUM
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/04/2007
Date Terminated: 01/24/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MARY ANN GUETTER**          represented by **ROBERT GEOFFREY GERMANY**

PITTMAN GERMANY ROBERTS &WELSH - JACKSON MS
410 S PRESIDENT ST [39201]
PO BOX 22985
JACKSON, MS 39225-2985
601-948-6200
Fax: 601-948-6187
Email: rgg@pgrwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MERCK &CO INC**          represented by **PATRICIA E LOWRY**
SQUIRE SANDERS &DEMPSEY ETC - WEST PALM BEACH FL
777 S FLAGLER DR - STE. 1900
PHILLIPS POINT WEST
WEST PALM BEACH, FL 33401-6198
561-650-7214
Fax: 561-655-1509
Email: plowry@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**BARBARA BOLTON LITTEN**
SQUIRE SANDERS &DEMPSEY ETC - WEST PALM BEACH FL
777 S FLAGLER DR - STE. 1900
PHILLIPS POINT WEST
WEST PALM BEACH, FL 33401-6198
561-650-7120
Fax: 561-655-1509
Email: blitten@ssd.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2007 | 1 | COMPLAINT against MERCK &CO INC (Filing fee $350.Receipt # FLN 1-414), filed by MARY ANN GUETTER. (llt) (Entered: 12/05/2007) |
| 12/04/2007 | 2 | CIVIL COVER SHEET. (llt) (Entered: 12/05/2007) |
| 12/04/2007 |   | (Court only) ***Set/Reset Deadline - 120 Day No Activity Deadline set for 4/2/2008. (llt) (Entered: 12/05/2007) |

| 12/05/2007 | o | MAGISTRATE JUDGE ALLAN KORNBLUM added. (llt) (Entered: 12/05/2007) |
| --- | --- | --- |
| 12/05/2007 | o 3 | Summons Issued as to MERCK &CO INC. (llt) (Entered: 12/05/2007) |
| 12/06/2007 | o | (Court only) ***Set/Clear Flags, Law Clerk 2 (rfb) (Entered: 12/06/2007) |
| 12/07/2007 | o | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE STEPHAN P MICKLE notified that action is needed Re: 1 Complaint ; note: Plaintiff is a resident of Duval County. (llt) (Entered: 12/07/2007) |
| 01/07/2008 | o 4 | ANSWER to 1 Complaint with Jury Demand by MERCK &CO INC. (LITTEN, BARBARA) (Entered: 01/07/2008) |
| 01/07/2008 | o | (Court only) ***Attorney PATRICIA E LOWRY for MERCK &CO INC added ( per 4 answer.) (llt) (Entered: 01/07/2008) |
| 01/09/2008 | o 5 | SUMMONS Returned Executed by MARY ANN GUETTER. MERCK &CO INC served on 12/18/2007, answer due 1/7/2008. (GERMANY, ROBERT) (Entered: 01/09/2008) |
| 01/10/2008 | o | (Court only) ***Terminate Deadlines: Re: 5 SUMMONS Returned Executed by MARY ANN GUETTER. MERCK &CO INC served on 12/18/2007, answer due 1/7/2008. (GERMANY, ROBERT) Deadline termed per 4 ANSWER to 1 Complaint with Jury Demand by MERCK &CO INC. (LITTEN, BARBARA), (llt) (Entered: 01/10/2008) |
| 01/11/2008 | o 6 | Letter from US Judicial Panel on Multidistrict Litigation with copy of conditional transfer order CTO−43 re: MDL #1789 IN RE: Fosamax Products Liability Litigation (llt) (Entered: 01/14/2008) |
| 01/14/2008 | o | Set/Reset Deadline − Miscellaneous Deadline for clerk to monitor case for certified copy of MDL transfer order (reference 6 Letter) − by **2/8/2008**. (llt) (Entered: 01/14/2008) |
| 01/17/2008 | o 7 | INITIAL SCHEDULING ORDER signed by JUDGE STEPHAN P MICKLE on 1/17/08 − Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for **1/31/2008**; Rule 26 Meeting Report due by **3/3/2008**; Discovery due to be completed by **5/16/2008** (tss) (Entered: 01/17/2008) |
| 01/22/2008 | o 9 | Certified Copy of Judicial Panel on Multidistrict Litigation ORDER (CTO−43) transferring this action to the Southern District of New York, IN RE: Fosamax Products Liability Litigation (llt) (Entered: 01/24/2008) |
| 01/24/2008 | o 8 | NOTICE *of Filing Certified Conditional Transfer Order* by MERCK &CO INC (Attachments: # 1 Exhibit A) (LITTEN, BARBARA) (Entered: 01/24/2008) |
| 01/24/2008 | o 10 | Interdistrict Transfer to the Southern District of New York. (certified copy of docket sheet with USDC letter providing information to access this case in CMECF. (llt) (Entered: 01/24/2008) |

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: *[signature]*
Deputy Clerk